**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02740-REB-MJW

JOSEPH ALBERT, and
JOHN HEIN, on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

GRAND JUNCTION METAL MOVERS, LLC, and
CHUCK MYERS,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulation For Dismissal With Prejudice** [#16][1] filed September 12, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#16] filed September 12, 2014, is **APPROVED**;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set October 31, 2014, are **VACATED**;

---

[1] "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

      3.  That the trial to the court set to commence November 3, 2014, is **VACATED**; and

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated September 12, 2014, at Denver, Colorado.

      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge